IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02242-BNB

EDUARDO HERNANDEZ-GOMEZ,

    Applicant,

v.

ARI ZAVARAS, Executive Director, Department of Corrections,
ROBERT KURTZ, Warden, Huerfano County Correctional Center, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 9 2007

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

Applicant, Eduardo Hernandez-Gomez, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Huerfano County Correctional Center in Walsenburg, Colorado. Mr. Hernandez-Gomez filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). He has paid the $5.00 filing fee in this action.

The Court must construe the habeas corpus application liberally because Mr. Hernandez-Gomez is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, a Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Hernandez-Gomez will be ordered to file an amended application.

The Court has reviewed the application and finds that the application is deficient. Mr. Hernandez-Gomez's application fails to comply with Rule 8 of the Federal Rules of

Civil Procedure. The Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(2); **Browder v. Director, Dep't of Corrections**, 434 U.S. 257, 269 (1978); **Ewing v. Rodgers**, 826 F.2d 967, 969-70 (10th Cir. 1987).

Pursuant to Fed. R. Civ. P. 8(a), a pleading "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(e)(1) provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Hernandez-Gomez has filed a confusing habeas corpus application by using the Court-approved form for filing an action pursuant to 28 U.S.C. § 2254, which challenges the validity of his conviction and sentence, to assert claims pursuant to 28 U.S.C. § 2241, which challenge the execution of that conviction and sentence. *See* **Montez v. McKinna**, 208 F.3d 862, 865 (10th Cir. 2000). Because Mr. Hernandez-Gomez only asserts a claim challenging the execution of his sentence, i.e., that the DOC allegedly failed to credit him with 412 days of good-time credits for the 412 days he spent in presentence confinement in the Denver County Jail on two separate occasions during the prosecution of his criminal case, he will be directed to use the proper form for pursuing a habeas corpus action pursuant to § 2241. The § 2241 application Mr. Hernandez-Gomez will be directed to file must comply with the pleading

requirements of Fed. R. Civ. P. 8 and, if available, should include copies of any orders pertinent to his claim. Accordingly, it is

ORDERED that Mr. Hernandez-Gomez file **within thirty (30) days from the date of this order** an amended application that complies with this order. It is

FURTHER ORDERED that the amended application shall be titled "Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Hernandez-Gomez, together with a copy of this order, two copies of the Court-approved form for use in filing the amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Hernandez-Gomez fails within the time allowed to file an amended application as directed, the application will be denied and the action will be dismissed without further notice.

DATED November 9, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02242-BNB

Eduardo Hernandez-Gomez
Prisoner No. 103418
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

I hereby certify that I have mailed a copy of the **ORDER and and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 11/9/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk