IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02242-BNB

EDUARDO HERNANDEZ-GOMEZ,

Applicant,

v.

ARI ZAVARAS, Executive Director, Colo. Department of Corrections,
ROBERT KURTZ, Warden, Huerfano County Correctional Center, and
JOHN SUTHERS, Colorado Attorney General,

Respondents.

## ORDER OF DISMISSAL

Applicant, Eduardo Hernandez-Gomez, is a prisoner in the custody of the Colorado Department of Corrections (DOC) at the Huerfano County Correctional Facility in Walsenburg, Colorado. Mr. Hernandez-Gomez filed *pro se* an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). On December 10, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Hernandez-Gomez to show cause within thirty days why the amended habeas corpus application should not be denied. On January 9, 2008, Mr. Hernandez-Gomez filed his response to the order to show cause.

The Court must construe liberally the amended application and the response to the show-cause order because Mr. Hernandez-Gomez is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *See*

*Hall*, 935 F.2d at 1110. For the reasons stated below, the amended application will be denied.

Mr. Hernandez-Gomez challenges the execution of his sentence, i.e., that the DOC allegedly failed to credit him with 412 days of good-time credits for the 412 days he spent in presentence confinement in the Denver County Jail on two separate occasions during the prosecution of his criminal case.

Mr. Hernandez-Gomez is required to exhaust state remedies before he may raise his claims in federal court. *See Montez v. McKinna*, 208 F.3d 862, 866 (10th Cir. 2000). The exhaustion requirement is satisfied once the federal claim has been presented fairly to the state courts. *See Castille v. Peoples*, 489 U.S. 346, 351 (1989). Fair presentation requires that the federal issue be presented properly "to the highest state court, either by direct review of the conviction or in a postconviction attack." *Dever v. Kansas State Penitentiary*, 36 F.3d 1531, 1534 (10th Cir. 1994). "The exhaustion requirement is not one to be overlooked lightly." *Hernandez v. Starbuck*, 69 F.3d 1089, 1092 (10th Cir. 1995). A state prisoner bringing a federal habeas corpus action bears the burden of showing that he has exhausted all available state remedies. *See Miranda v. Cooper*, 967 F.2d 392, 398 (10th Cir. 1992).

Mr. Hernandez-Gomez has not presented his claim fairly to the state supreme court in his original habeas corpus action pursuant to Colo. R. App. P 21. If a "claim has been presented for the first and only time in a procedural context in which its merits will not be considered unless there are special and important reasons therefor, . . . [r]aising the claim in such a fashion does not, for the relevant purpose, constitute fair

presentation." *Castille*, 489 U.S. at 351; *see also Parkhurst v. Shillinger*, 128 F.3d 1366, 1369 (10th Cir. 1997) (state procedure that is discretionary and limited in scope does not constitute fair presentation). The Colorado Supreme Court, in its discretion, may decline to address the merits of claims asserted in an original petition for an extraordinary writ. *See Rogers v. Best*, 171 P.2d 769, 770 (Colo. 1946). On August 17, 2007, the state supreme court denied Mr. Hernandez-Gomez's original habeas corpus petition pursuant to Colo. R. App. P. 21 without addressing the merits of his claim. Therefore, the instant amended application will be denied for failure to exhaust state remedies. Accordingly, it is

ORDERED that amended habeas corpus application is denied without prejudice for failure to exhaust state remedies.

DATED at Denver, Colorado, this 7 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-02242-BNB

Eduardo Hernandez-Gomez
Prisoner No. 103418
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/7/08

                                     GREGORY C. LANGHAM, CLERK

                                     By: _____
                                                      Deputy Clerk